United States District Court
Southern District of Texas
**ENTERED**
October 12, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ISAI DE LA CRUZ, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-63 |
| § | |
| ALLSTATE VEHICLE AND PROPERTY § | |
| INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' amended stipulation of dismissal, the Court GRANTS the amended stipulation and dismisses Plaintiffs, Isai De La Cruz and Yesenia De La Cruz's claims asserted against Defendant, Allstate Vehicle and Property Insurance Company, with prejudice.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Court costs will be paid by the party incurring same.

SO ORDERED this 12th day of October, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge